

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00504-CR

Cristian **JAIMES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the Criminal District Court 4, Tarrant County, Texas
Trial Court No. 1255122D
The Honorable Michael Thomas, Judge Presiding

Opinion by: Catherine Stone, Chief Justice

Sitting: Catherine Stone, Chief Justice
Marialyn Barnard, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed: April 10, 2013

AFFIRMED

Cristian Jaimes was convicted by a jury of robbery and sentenced to nineteen years imprisonment. Jaimes's court-appointed attorney filed a brief containing a professional evaluation of the record in accordance with *Anders v. California*, 386 U.S. 738 (1967). Counsel concludes that the appeal has no merit. Jaimes was provided with a copy of the brief and informed of his right to review the record and file his own brief. *See Nichols v. State*, 954 S.W.2d 83, 85–86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Jaimes did not file a *pro se* brief.

After reviewing the record and counsel's brief, we conclude that the appeal is frivolous and without merit. The judgment of the trial court is affirmed.

Appellate counsel's motion to withdraw is granted. *Nichols*, 954 S.W.2d at 86; *Bruns*, 924 S.W.2d at 177 n.1. No substitute counsel will be appointed. Should Jaimes wish to seek further review of this case by the Texas Court of Criminal Appeals, Jaimes must either retain an attorney to file a petition for discretionary review or Jaimes must file a *pro se* petition for discretionary review. Any petition for discretionary review must be filed within thirty days from the later of: (1) the date of this opinion; or (2) the date the last timely motion for rehearing is overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed in the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68.3. Any petition for discretionary review should comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 68.4.

Catherine Stone, Chief Justice

DO NOT PUBLISH